JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTEBAN CABRERA,<br><br>    Petitioner,<br><br>    v.<br><br>CHIEF DEPUTY WARDEN GROUND,<br><br>    Respondent. | Case No. CV 13-1165 CJC (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: April 11, 2013

_____

HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE